

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**Susan Paulson**
Phone: (212) 356-0821
Fax: (212) 356-2509
spaulson@law.nyc.gov

December 9, 2014

By ECF

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court Of Appeals
        for the Second Circuit
40 Foley Square
New York, New York 10007

Attn: Cabranes, Wesley, Hall, C.JJ.

Re: <u>Abeyta v. City of New York, et al.</u>, 13-4817 (SET for argument on 12/11/14)

Dear Ms. O'Hagan Wolfe:

The above-captioned matter is scheduled for oral argument on Thursday morning, December 11, 2014, at 10:00 a.m. before Cabranes, Wesley, Hall, C.JJ.

I would like to bring to the court's attention an inadvertent mistake in my brief. I failed to apprehend the stenographer's misidentification of counsel on page A627, line 22. Mr. Wenzel, counsel for defendants, is misidentified by the stenographer as Mr. Miller, counsel for plaintiff. I became aware of this mistake only upon reviewing appellant's reply brief and then confirming with Mr. Wenzel that he had been misidentified in the transcript.

I apologize for the error in my brief.

Yours truly,

/s/

Susan Paulson
Assistant Corporation Counsel

cc:     Edward Sivin, Esq. (via ECF)